```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
────────────────────────────────────────

**EUGENE DUNCAN,**

            **Plaintiff,**

    - against -

**OHM SPA LLC,**

            **Defendant.**

**19-cv-5184 (JGK)**

<u>ORDER</u>

────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

By **April 24, 2020,** the parties shall submit to the Court the settlement agreement and any other agreement between the parties. If the parties contend that any part of those agreements should be redacted, the parties should provide a compelling reason for any such redaction.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **April 17, 2020**

                                                     /s/ John G. Koeltl
                                                    **JOHN G. KOELTL**
                                      **United States District Judge**