```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――――

**EUGENE DUNCAN,**

        **Plaintiff,**

  - against -

**OHM SPA LLC,**

        **Defendant.**

―――――――――――――――――――――――――――――――

**19-cv-5184 (JGK)**

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties shall comply with the May 5, 2020 order by July 24, 2020. If the parties fail to comply, this case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **July 15, 2020**

                                      _____/s/ John G. Koeltl_____
                                            **JOHN G. KOELTL
                            United States District Judge**