```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**EUGENE DUNCAN,**

              **Plaintiff,**

    - against -

**OHM SPA LLC,**

             **Defendant.**

**19-cv-5184 (JGK)**

<u>ORDER</u>

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    This action having been settled, the Clerk is directed to enter judgment dismissing the case with prejudice. The Clerk is also directed to close this case.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **July 22, 2020**

                                            /s/ John G. Koeltl
                                              **JOHN G. KOELTL**
                              **United States District Judge**