UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EUGENE DUNCAN,

                    Plaintiff,

      -against-

OHM SPA LLC,

                   Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2020

19 **CIVIL** 5184 (JGK)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 22, 2020, this action having been settled, judgment is entered, and the case is dismissed with prejudice.

**Dated:** New York, New York
          July 23, 2020

                                                        **RUBY J. KRAJICK**

                                                         **Clerk of Court**
                      **BY:**

                                                          **Deputy Clerk**